**Dismissed and Memorandum Opinion filed June 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00543-CR

_____

## HAILY MEDONNEN A/K/A HAILU MEKONNEN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from County Criminal Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1715422**

## M E M O R A N D U M   O P I N I O N

Appellant entered a "guilty" plea to driving without a valid license. On October 26, 2010, in accordance with a plea agreement with the State, the trial court sentenced appellant to confinement for three (3) days in the county jail. No timely motion for new trial was filed. Appellant's notice of appeal was not filed until May 29, 2012.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and McCally.
Do Not Publish—Tex. R. App. P. 47.2(b).